Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Darren D. Caudill

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN D. CAUDILL, | Case No.: 2:24-cv-00061-MDC |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER |
| vs. | (FIRST REQUEST) |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Darren D. Caudill and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from April 7, 2024 to April 23, 2024, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for Social

Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel due to the press of business. Plaintiff's counsel has another district court brief due two days prior to the current due date, has another district court brief due on the same day that this brief is due, and has another district court brief due five days after this brief is currently due. An extension of time to April 23, 2024, will allow Plaintiff's counsel adequate time to draft his brief due and to fully research the issues presented.

DATE: April 1, 2024           Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Darren D. Caudill

DATE: April 1, 2024           JASON M. FRIERSON
                              United States Attorney

/s/ *Franco L. Becia*
BY: _____

Franco L. Becia
Special Assistant United States Attorney
|*authorized by e-mail|

**ORDER**

DATED: 4/4/24

IT IS SO ORDERED:
_____
MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-00061-MDC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 1, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____